EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Pedro A. Castaing Lespier | 2018 TSPR 143<br><br>200 DPR ____ |

Número del Caso: TS-11,359

Fecha:  2 de agosto de 2018

Abogado del peticionario:

    Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*:<br><br>Pedro A. Castaing Lespier | TS-11,359 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 2 de agosto 2018.

Examinada la *Solicitud de cambio a estatus de abogado activo en el Registro Único de Abogados y Abogadas* que presentó el Sr. Pedro A. Castaing Lespier, declaramos **ha lugar** su petición. En consecuencia, ordenamos el cambio de estatus a abogado activo.

Notifíquese de inmediato.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo